IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Haywood, Tracy G

Printed: 02/24/09

Case Number:  06 B 00279
Judge:  Wedoff, Eugene R
Filed:  1/12/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Dismissed:  January 8, 2009
Confirmed:  March 9, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 8,900.00 |  |
| Secured: |  | 5,701.92 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.20 |
| Trustee Fee: |  | 497.88 |
| Other Funds: |  | 0.00 |
| Totals: | 8,900.00 | 8,900.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,700.20 | 2,700.20 |
| 2. | Triad Financial Services | Secured | 23,537.94 | 5,701.92 |
| 3. | Nuvell Credit Company LLC | Unsecured | 1,273.62 | 0.00 |
| 4. | RMI/MCSI | Unsecured | 25.00 | 0.00 |
| 5. | Debt Recovery Solutions | Unsecured | 6.71 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 46.68 | 0.00 |
| 7. | Triad Financial Services | Unsecured | 74.94 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 91.26 | 0.00 |
| 9. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 10. | Debt Recovery Solutions | Unsecured | | No Claim Filed |
| 11. | Direct Tv | Unsecured | | No Claim Filed |
| 12. | Medical Collections | Unsecured | | No Claim Filed |
| 13. | Newport News | Unsecured | | No Claim Filed |
| 14. | Household Credit Services | Unsecured | | No Claim Filed |
| 15. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 16. | Bally Total Fitness | Unsecured | | No Claim Filed |
| 17. | I C Systems Inc | Unsecured | | No Claim Filed |
| | | | $ 27,756.35 | $ 8,402.12 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Haywood, Tracy G

Printed: 02/24/09

Case Number:  06 B 00279

Judge:  Wedoff, Eugene R

Filed:  1/12/06

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|----------|-----------|
| 5.5% | 73.43 |
| 5% | 66.74 |
| 4.8% | 84.22 |
| 5.4% | 85.65 |
| 6.5% | 187.84 |
| | $ 497.88 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: